Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronnie L. Groce**
Debtor(s)

Bankruptcy Case No.: 17–10510–TPA
Per September 19, 2017 Proceeding
Chapter: 13
Docket No.: 32 – 18
Concil. Conf.: January 9, 2018 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 8, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jan. 9, 2018 at 11:30 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Greenville Borough (Claim No. 1) .

☐ H. Additional Terms:

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    **IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: September 20, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-10510-TPA
Ronnie L. Groce                                                         Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                   Page 1 of 2                  Date Rcvd: Sep 20, 2017
                               Form ID: 149                 Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db             +Ronnie L. Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14519044       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14519046       +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14519047       +Greenville Borough,    c/o Portnoff Law Associates,     P.O. Box 3020,    Norristown, PA 19404-3020
14519048       +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519052       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14519053       +Mercer County Tax Claim Bureau,     3 Courthouse,    Mercer, PA 16137-1223
14519056       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14519057       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,     Irvine, CA 92618-2132
14519059       +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14519060       +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14519045       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 21 2017 01:31:22      Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
14519050        E-mail/Text: cio.bncmail@irs.gov Sep 21 2017 01:30:54      Internal Revenue Service,
                 Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14680745        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2017 01:28:23
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14519054       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 21 2017 01:31:26      Midland Credit Management,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14641551       +E-mail/Text: bknotice@ncmllc.com Sep 21 2017 01:31:36      National Capital Management,
                 8245 Tournament Drive,    Memphis, TN 38125-8898
14519055       +E-mail/Text: Bankruptcies@nragroup.com Sep 21 2017 01:32:18      National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14519058       +E-mail/Text: ben.ribeiro@eos-cca.com Sep 21 2017 01:30:48      True North Ar,
                 9 Commercial Blvd,    Novato, CA 94949-6118
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ Investors, LP
cr*            +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14641540*      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14641541*      +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
14641542*      +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14641543*      +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,    Norristown, PA 19404-3020
14641544*      +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519049       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14641545*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14519051*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14641547*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14641546*       Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14641548*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14641549*      +Mercer County Tax Claim Bureau,     3 Courthouse,    Mercer, PA 16137-1223
14641550*      +Midland Credit Management,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14641552*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
14641553*      +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14641554*      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,     Irvine, CA 92618-2132
14641555*      +True North Ar,    9 Commercial Blvd,    Novato, CA 94949-6118
14641556*      +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14641557*      +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                  TOTALS: 1, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: jmar                  Page 2 of 2                   Date Rcvd: Sep 20, 2017
                               Form ID: 149                Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Ronnie L. Groce ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```