IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/17/18 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
Ronnie L. Groce                                  :        Case No.17-10510TPA
                                                 :        Chapter 13
                        Debtor(s)                :
Ronda J. Winnecour, Trustee                      :
                                                 :        Re Doc.
                        Movant(s)                :
                                                 :
                        vs.                      :
Ronnie L. Groce                                  :
                                                 :        Hearing Date
                        Respondent(s)            :

**ORDER**

AND NOW, this ____17th____ day of ____January____, 20_18_, upon

consideration of CHAPTER 13 TRUSTEE'S Motion for Status Conference it is

ORDERED that a Status Conference is scheduled for _February____ __7__,

2018 at _10:00_ _a_.m., in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South

Park Row, Erie PA 16501

Debtor, Ronnie L. Groce, and Paul McElrath, Esq. shall personally appear.

CA to serve:
Debtor
Trustee
Ch 13 Trustee

BY THE COURT:

UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-10510-TPA
Ronnie L. Groce                                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz            Page 1 of 1            Date Rcvd: Jan 17, 2018
                              Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db              +Ronnie L. Groce,   13 Lebanon Ave,   Greenville, PA 16125-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Greenville Borough jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Ronnie L. Groce ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                             TOTAL: 5