Case 17-10510-TPA    Doc 42    Filed 02/09/18    Entered 02/09/18 12:50:36    Desc Main
Document    Page 1 of 1

FILED
2/9/18 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No.:  17-10510-TPA |
| Ronnie L. Groce | : | Chapter:  13 |
| *Debtor(s).* | : | Date:  2/7/2018 |
| | : | Time:  10:30 |

## PROCEEDING MEMO

**MATTER:**    #37 Motion for Status Conference
*(Debtor and Atty McElrath to personally appear)*

**APPEARANCES:**

Debtor:    Paul W. McElrath (video)
Trustee:   Owen Katz

**NOTES:**

Katz:    Debtor sent the Trustee a letter.  Background of matters given.

McElrath:    Debtor informed me he had the flu.  Debtor complains about prior case.  Debtor now understands status.  Background of issues given.

**OUTCOME:**    Counsel to take action to resolve issues raised.  Chambers to issue Text Order.

*[signature]*
ljm