# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 17-10510-TPA** |
| **Ronnie L. Groce** ) | |
| ) | |
| **Debtor** ) | **Chapter 13** |
| ) | **Document No. _____** |
| ) | **Related to Document No. 35** |

## CONSENT ORDER MODIFYING JANUARY 9, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated January 9, 2018 it is

ORDERED that Part "1.G." be amended to add the following: the Claims of Mercer County TCB (Claim Nos. 4 & 5) shall govern as to amount, classification and rate of interest.

This Order is intended to clarify that *both* Mercer County TCB claims shall be paid and shall fully govern, as opposed to only Claim No. 4. The January 9, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Paul W. McElrath, Jr.
Paul W. McElrath, Jr., PA I.D.#86220
Attorney for the debtor
1641 Saw Mill Run Blvd
Pittsburgh PA 15210
412-765-3606
ecf@mcelrathlaw.com