FILED
4/9/18 11:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17-10510-TPA |
| Ronnie L. Groce | ) |
| | ) |
| Debtor | ) Chapter 13 |
| | ) Document No. __44__ |
| | ) Related to Document No. 35 |

## CONSENT ORDER MODIFYING JANUARY 9, 2018 ORDER

AND NOW, this __9th__ day of __April__, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated January 9, 2018 it is

ORDERED that Part "1.G." be amended to add the following: the Claims of Mercer County TCB (Claim Nos. 4 & 5) shall govern as to amount, classification and rate of interest.

This Order is intended to clarify that *both* Mercer County TCB claims shall be paid and shall fully govern, as opposed to only Claim No. 4. The January 9, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti            ljm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Paul W. McElrath, Jr.
Paul W. McElrath, Jr., PA I.D.#86220
Attorney for the debtor
1641 Saw Mill Run Blvd
Pittsburgh PA 15210
412-765-3606
ecf@mcelrathlaw.com

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 17-10510-TPA
Ronnie L. Groce                                                Chapter 13
            Debtor               CERTIFICATE OF NOTICE

District/off: 0315-1           User: amaz                  Page 1 of 2                  Date Rcvd: Apr 09, 2018
                               Form ID: pdf900             Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db             +Ronnie L. Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14519044       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14519046       +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14519047       +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,   Norristown, PA 19404-3020
14519048       +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519052       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14707751       +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
14519053       +Mercer County Tax Claim Bureau,     3 Courthouse,    Mercer, PA 16137-1223
14519056       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14519057       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14519059       +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14519060       +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14519045       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 10 2018 01:47:40     Asset Acceptance Llc,
                 Po Box 1630,    Warren, MI 48090-1630
14519050        E-mail/Text: cio.bncmail@irs.gov Apr 10 2018 01:47:22     Internal Revenue Service,
                 Insolvency Unit,    POB 628,   Pittsburgh, PA 15230
14680745        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 10 2018 01:50:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14519054       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 10 2018 01:47:42     Midland Credit Management,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
14641551       +E-mail/Text: bknotice@ncmllc.com Apr 10 2018 01:47:52     National Capital Management,
                 8245 Tournament Drive,    Memphis, TN 38125-8898
14519055       +E-mail/Text: Bankruptcies@nragroup.com Apr 10 2018 01:48:19     National Recovery Agency,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
14519058       +E-mail/Text: ben.ribeiro@eos-cca.com Apr 10 2018 01:47:14     True North Ar,
                 9 Commercial Blvd,    Novato, CA 94949-6118
14519059       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 10 2018 01:47:12
                 Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
cr              MTGLQ Investors, LP
cr*            +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14641540*      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14641541*      +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
14641542*      +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14641543*      +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,   Norristown, PA 19404-3020
14641544*      +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519049*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,   Philadelphia, PA 19101-7346
14641545*      +Internal Revenue Service,    Insolvency Unit,    POB 7346,   Philadelphia, PA 19101-7346
14519051*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14641547*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14641546*       Internal Revenue Service,    Insolvency Unit,    POB 628,   Pittsburgh, PA 15230
14641548*      +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14641549*      +Mercer County Tax Claim Bureau,     3 Courthouse,    Mercer, PA 16137-1223
14641550*      +Midland Credit Management,    8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
14641552*      +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
14641553*      +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14641554*      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14641555*      +True North Ar,    9 Commercial Blvd,    Novato, CA 94949-6118
14641556*      +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14641557*      +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                   TOTALS: 1, * 20, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-1           User: amaz                  Page 2 of 2                   Date Rcvd: Apr 09, 2018
                               Form ID: pdf900             Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Greenville Borough jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Ronnie L. Groce ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```