IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Ronnie L. Groce ) | Case No.: 17-10510TPA |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Doc. 51 |
| Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| MTGLQ Investors, LP, ) | |
| Respondent(s) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Trustee's Response with attached proposed Order upon the following, by First Class United States mail, postage prepaid:

Ronnie L. Groce
13 Lebanon Avenue
Greenville, PA  16125

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA  15210

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222


<u>8-27-2018</u>                                               <u>S/ Amy T. Sabedra</u>

Date                                                         Administrative Assistant
                                                             Office of the Chapter 13 Trustee
                                                             US Steel Tower – Suite 3250
                                                             600 Grant Street
                                                             Pittsburgh, PA  15219
                                                             412) 471-5566
                                                             cmecf@chapter13trusteewdpa.com