FILED
9/18/18 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Ronnie L. Groce

    Debtor

MTGLQ Investors, LP

    Movant

Ronda J. Winnecour

    Chapter 13 Trustee

Case No. 17-10510-TPA

Chapter 13

Related to Claim 6 and Doc. Nos. 46, 49, 50, 51, 52, 53    and 55

## STIPULATION AND ORDER AS TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES FILED APRIL 9, 2018

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges on April 9, 2018; and

WHEREAS, this Honorable Court entered an Order on April 10, 2018 (Doc. 46) requiring Movant to supplement its Notice of Postpetition Mortgage Fees, Expenses, and Charges filed; and

WHEREAS, Movant filed a Supplement to Notice of Postpetition Mortgage Fees, Expenses, and Charges on April 9, 2018 (Doc. 49); and

WHEREAS, this Honorable Court entered an Order to Show Cause on August 7, 2018 (Doc. 50) with regard to the Supplement filed by Movant; and

WHEREAS, Movant has filed a Motion to Withdraw the aforesaid Notice of Postpetition Mortgage Fees, Expenses, and Charges (Doc. 52); and

WHEREAS, the Chapter 13 Trustee has filed a Response to Movant's aforesaid Motion to Withdraw requesting that Movant be ordered to provide proof of the removal of the requested fees from its records for Debtor's account (Doc. 53).

It is therefore Stipulated and agreed as follows:

1. Movant's requested fees and charges in the amount of $675.00 are disallowed.

2. Movant shall provide to the Court and to the Trustee proof that Respondent's records have been adjusted to remove the disallowed fees and charges within thirty (30) days of the Court's approval of the within Stipulation, which proof shall include a notarized affidavit by a corporate officer reflecting that the charges have been removed, as well as a full and comprehensible loan history from the inception of the loan.

3. Movant is prohibited from adding any fees or other charges to the Debtor's account in connection with the filing of its Response to the Order to Show Cause, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

Consented to by:

| | |
|---|---|
| */s/ Ronda J. Winnecour* | */s/ James C. Warmbrodt, Esquire* |
| Ronda J. Winnecour, Esquire | James C. Warmbrodt, Esquire |
| Chapter 13 Trustee | Attorney for Movant |
| US Steel Tower-Suite 3250 | KML Law Group, P.C. |
| Pittsburgh, PA 15219 | 701 Market Street, Suite 5000 |
| Phone: 412-471-5566 | Philadelphia, PA 19106 |
| rwinnecour@chapter13trusteewdpa.com | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

Dated: September 18, 2018

By the Court,

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-10510-TPA
Ronnie L. Groce                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut                  Page 1 of 1              Date Rcvd: Sep 18, 2018
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db              +Ronnie L. Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
          James R. Wood     on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Ronnie L. Groce ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5