Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronnie L. Groce**
   Debtor(s)

Bankruptcy Case No.: 17–10510–TPA
Related to Docket No. 58
Chapter: 13
Docket No.: 59 – 58
Concil. Conf.: January 8, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 30, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 14, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 8, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 16, 2018

cm: All Creditors and Parties In Interest

*(signature)*
Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 17-10510-TPA
Ronnie L. Groce                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar            Page 1 of 2            Date Rcvd: Oct 16, 2018
                              Form ID: 213          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
```
db              +Ronnie L. Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14519044        +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14519046        +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14519047        +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,    Norristown, PA 19404-3020
14519048        +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519052        +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14707751        +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
14519053        +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14519056        +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14519057        +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14519060        +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14519045        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 17 2018 02:26:57     Asset Acceptance Llc,
                  Po Box 1630,    Warren, MI 48090-1630
14519050         E-mail/Text: cio.bncmail@irs.gov Oct 17 2018 02:26:29     Internal Revenue Service,
                  Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14680745         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:25:03
                  LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                  Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14519054        +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 02:27:00     Midland Credit Management,
                  8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14641551        +E-mail/Text: bknotice@ncmllc.com Oct 17 2018 02:27:14     National Capital Management,
                  8245 Tournament Drive,    Memphis, TN 38125-8898
14519055        +E-mail/Text: Bankruptcies@nragroup.com Oct 17 2018 02:27:46     National Recovery Agency,
                  2491 Paxton St,    Harrisburg, PA 17111-1036
14519058        +E-mail/Text: ben.ribeiro@eos-cca.com Oct 17 2018 02:26:23     True North Ar,
                  9 Commercial Blvd,    Novato, CA 94949-6118
14519059        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 17 2018 02:26:19
                  Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 8
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               MTGLQ Investors, LP
cr*             +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
14641540*       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14641541*       +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
14641542*       +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14641543*       +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,    Norristown, PA 19404-3020
14641544*       +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519049*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14641545*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14519051*       +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                  Room 727,    Pittsburgh, PA 15222-4107
14641547*       +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                  Room 727,    Pittsburgh, PA 15222-4107
14641546*        Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14641548*       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14641549*       +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14641550*       +Midland Credit Management,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14641552*       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
14641553*       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14641554*       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14641555*       +True North Ar,    9 Commercial Blvd,    Novato, CA 94949-6118
14641556*       +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14641557*       +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                     TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: lmar              Page 2 of 2              Date Rcvd: Oct 16, 2018
                              Form ID: 213            Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Greenville Borough jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Ronnie L. Groce ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```