Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronnie L. Groce** | : | Case No. 17−10510−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of December, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronnie L. Groce  
    Debtor

Case No. 17-10510-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: jmar      Page 1 of 2      Date Rcvd: Dec 07, 2018  
                         Form ID: 309      Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.

```
db              +Ronnie L. Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14519044        +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14519046        +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14519047        +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,    Norristown, PA 19404-3020
14519048        +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519052        +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14707751        +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
14519053        +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14519056        +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14519057        +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14519045        +EDI: ACCE.COM Dec 08 2018 07:38:00      Asset Acceptance Llc,    Po Box 1630,
                  Warren, MI 48090-1630
14519050         EDI: IRS.COM Dec 08 2018 07:43:00      Internal Revenue Service,    Insolvency Unit,    POB 628,
                  Pittsburgh, PA 15230
14680745         EDI: RESURGENT.COM Dec 08 2018 07:43:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                  PO Box 10587,    Greenville, SC 29603-0587
14519054        +EDI: MID8.COM Dec 08 2018 07:38:00      Midland Credit Management,    8875 Aero Drive,
                  Suite 200,    San Diego, CA 92123-2255
14641551        +E-mail/Text: bknotice@ncmllc.com Dec 08 2018 02:49:18      National Capital Management,
                  8245 Tournament Drive,    Memphis, TN 38125-8898
14519055        +E-mail/Text: Bankruptcies@nragroup.com Dec 08 2018 02:49:45      National Recovery Agency,
                  2491 Paxton St,    Harrisburg, PA 17111-1036
14519058        +E-mail/Text: ben.ribeiro@eos-cca.com Dec 08 2018 02:48:35      True North Ar,
                  9 Commercial Blvd,    Novato, CA 94949-6118
14519059        +EDI: VERIZONCOMB.COM Dec 08 2018 07:38:00      Verizon,    500 Technology Drive Suite 30,
                  Weldon Spring, MO 63304-2225
14519060        +EDI: WFFC.COM Dec 08 2018 07:38:00      Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                             TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               MTGLQ Investors, LP
cr*             +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
14641540*       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14641541*       +Asset Acceptance Llc,    Po Box 1630,    Warren, MI 48090-1630
14641542*       +Equity One,    400 Lippincott Drive,    Marlton, NJ 08053-4161
14641543*       +Greenville Borough,    c/o Portnoff Law Associates,    P.O. Box 3020,    Norristown, PA 19404-3020
14641544*       +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14519049*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14641545*       +Internal Revenue Service,    Insolvency Unit,    POB 7346,    Philadelphia, PA 19101-7346
14519051*       +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                  Room 727,    Pittsburgh, PA 15222-4107
14641547*       +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                  Room 727,    Pittsburgh, PA 15222-4107
14641546*        Internal Revenue Service,    Insolvency Unit,    POB 628,    Pittsburgh, PA 15230
14641548*       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14641549*       +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14641550*       +Midland Credit Management,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14641552*       +National Recovery Agency,    2491 Paxton St,    Harrisburg, PA 17111-1036
14641553*       +Rushmore Loan Management,    P.O. Box 55004,    Irvine, CA 92619-5004
14641554*       +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
14641555*       +True North Ar,    9 Commercial Blvd,    Novato, CA 94949-6118
14641556*       +Verizon,    500 Technology Drive Suite 30,    Weldon Spring, MO 63304-2225
14641557*       +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
                                                                                   TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: Dec 07, 2018
                              Form ID: 309            Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
          James R. Wood    on behalf of Creditor   Greenville Borough jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Ronnie L. Groce ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 5
```