**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONNIE L. GROCE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-10510 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/16/2017 and confirmed on 09/20/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,433.12 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,433.12 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,069.39 | |
| Trustee Fee | 361.26 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,430.65 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| GREENVILLE BOROUGH(SEWAGE)<br>Acct: 9099 | 0.00 | 0.00 | 0.00 | 0.00 |
| MERCER COUNTY TAX CLAIM BUREAU<br>Acct: 3350 | 1,223.23 | 0.00 | 0.00 | 0.00 |
| MERCER COUNTY TAX CLAIM BUREAU<br>Acct: 2570 | 8,740.46 | 0.00 | 0.00 | 0.00 |
| GREENVILLE BOROUGH (RE)<br>Acct: 9070 | 644.52 | 0.00 | 0.00 | 0.00 |
| GREENVILLE BOROUGH (RE)<br>Acct: 9070 | 1,022.38 | 0.00 | 0.00 | 0.00 |
| GREENVILLE SB/GREENVILLE S & L<br>Acct: 1702 | 4,600.00 | 619.13 | 161.89 | 781.02 |
| MTGLQ INVESTORS LP<br>Acct: 9458 | 38,155.03 | 3,597.28 | 1,957.09 | 5,554.37 |
| | | | | 6,335.39 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RONNIE L. GROCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 3,300.00 | 1,069.39 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,390.94 | 0.00 | 0.00 | 0.00 |
| Acct: 1702 | | | | |
| MTGLQ INVESTORS LP | 0.00 | 667.08 | 0.00 | 667.08 |
| Acct: 9458 | | | | |
| MTGLQ INVESTORS LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9458 | | | | |
| | | | | 667.08 |
| **Unsecured** | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EQUITY ONE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4754 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7873 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1793 | | | | |
| RUSHMORE LOAN MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TRUE NORTH++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 2,924.90 | 0.00 | 0.00 | 0.00 |
| Acct: 8187 | | | | |
| INTERNAL REVENUE SERVICE* | 68.56 | 0.00 | 0.00 | 0.00 |
| Acct: 1702 | | | | |
| JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*NONE\*\*\*

TOTAL PAID TO CREDITORS                                                                          7,002.47

TOTAL CLAIMED
PRIORITY           1,390.94
SECURED           54,385.62
UNSECURED          2.993.46


Date: 01/07/2019                                        /s/ Ronda J. Winnecour
                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
                                                        SUITE 3250 US STEEL TWR
                                                        PITTSBURGH, PA  15219
                                                        (412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com